*E-FILED - 12/4/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3DFX INTERACTIVE, INC., a California corporation,<br><br>          Debtor. | Case No. CV 08-04634 RMW<br><br>Bankruptcy No.: 02-55795<br>Adversary Proceeding No.: 03-05079<br><br>**[ ORDER TO EXTEND BRIEFING SCHEDULE AND PAGE LIMITS FOR APPEAL** |
| WILLIAM A. BRANDT, JR., TRUSTEE,<br><br>          Plaintiff and Appellant,<br><br>     v.<br><br>NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>          Defendants and Respondents. | |

1 | Based upon the stipulation of the parties and good cause showing:

2 | **IT IS HEREBY ORDERED** that the briefing schedule and page limits on the appeal are

3 | modified as follows:  Opening brief due January 9, 2009 (40 page limit); responsive brief due

4 | February 13, 2009 (40 page limit); and reply brief due March 6, 2009 (20 page limit).

5 | **IT IS SO ORDERED.**

DATED: __12/4/08_____        _____*Ronald M. Whyte*_____
                                  UNITED STATES DISTRICT COURT JUDGE