| | |
|---|---|
| ROBERT P. VARIAN (SBN 107459)<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>JUSTIN M. LICHTERMAN (SBN 225734)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    (415) 773-5700<br>Facsimile:     (415) 773-5759<br><br>Attorneys for Defendants<br>NVIDIA CORPORATION and NVIDIA US INVESTMENT COMPANY | ***E-FILED - 2/12/09*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3DFX INTERACTIVE, INC., a California corporation,<br><br>                        Debtor. | Case No.  CV 08-04634-RMW<br><br>Bankruptcy No. 02-55795<br>Adversary Proceeding No. 03-5079 |
| WILLIAM A. BRANDT, JR., TRUSTEE<br><br>                        Plaintiff and Appellant,<br><br>            v.<br><br>NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>                        Defendants and Respondents. | **[] ORDER AMENDING BRIEFING SCHEDULE ON APPEAL** |

OHS West:260604971.1                                    [] ORDER AMENDING BRIEFING SCHEDULE ON APPEAL

|   |   |
|---|---|
| 1 | Based upon the stipulation of the parties and good cause showing: |
| 2 | IT IS HEREBY ORDERED that the briefing schedule on the appeal is modified as |
| 3 | follows:  Responsive brief due February 27, 2009; and Reply brief due March 25, 2009. |
| 4 | **IT IS SO ORDERED.** |

Dated:  ___ 2/12/09 _____          ___*Ronald M. Whyte*_____
                                                       UNITED STATES DISTRICT COURT JUDGE

OHS West:260604971.1                              - 1 -                         [] ORDER AMENDING BRIEFING SCHEDULE ON APPEAL