```
 1  ROBERT P. VARIAN (SBN 107459)
    rvarian@orrick.com
 2  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
    kjohnson-mckewan@orrick.com
 3  JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
 4  JUSTIN M. LICHTERMAN (SBN 225734)
    jlichterman@orrick.com
 5  RUTH Y. KWON (SBN 232569)
    rkwon@orrick.com
 6  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 7  405 Howard Street
    San Francisco, CA  94105-2669
 8  Telephone:    415-773-5700                            *E-FILED - 4/9/09*
    Facsimile:    415-773-5759
 9
    Attorneys for Defendants-Respondents
10  NVIDIA CORPORATION and
    NVIDIA US INVESTMENT COMPANY
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.  CV 08-04634 RMW |
| 3DFX INTERACTIVE, INC., a California corporation, | **STIPULATION AND [] ORDER THAT HEARING DATE FOR NVIDIA'S MOTION TO STRIKE IMPROPER MATERIAL IN TRUSTEE'S OPENING BRIEF BE TAKEN OFF CALENDAR** |
| Debtor. | |
| WILLIAM A. BRANDT, JR., TRUSTEE, | Bankruptcy Case No.:      02-55795 |
| Plaintiff and Appellant, | Adversary Proceeding No.:  03-05079 |
| v. | Date:     April 10, 2009<br>Time:     9:00 a.m. |
| NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation, | Dept.:    Courtroom 6, 4th Floor<br>Judge:    Hon. Ronald Whyte |
| Defendants and Respondents. | |

1  WHEREAS on January 9, 2009, Plaintiff and Appellant William A. Brandt, Jr. filed the
2  Trustee's Opening Brief on appeal from a judgment entered after trial by the United States
3  Bankruptcy Court on September 11, 2008;
4  WHEREAS on February 27, 2009, Defendants and Respondents NVIDIA Corporation
5  and NVIDIA US Investment Company filed a Motion to Strike Improper Material in Trustee's
6  Opening Brief , and set the motion for hearing on April 10, 2009, at 9:00 a.m.
7  WHEREAS the parties agree that the motion is appropriate for decision on the papers, and
8  no hearing is necessary.
9  NOW THEREFORE the parties hereby stipulate and agree that the hearing date shall be
10 taken off calendar and that the Court may decide the motion on the submissions of the parties.
11 **SO STIPULATED.**
12 Dated:  April 2, 2009

By:  _/s/ Justin M. Lichterman_
Justin M. Lichterman
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the NVIDIA Respondents

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document*

Dated:  April 2, 2009

By:  _/s/ Kim Y. Arnone_
Kim Y. Arnone
BUCHALTER NEMER
Counsel for Chapter 11 Trustee William A. Brandt, Jr.

**ORDER**

Pursuant to the stipulation, and GOOD CAUSE appearing therefore, the Court hereby orders that the hearing on NVIDIA's Motion to Strike Improper Material in Trustee's Opening Brief shall be taken off calendar, and the motion shall be decided on the papers.

**IT IS SO ORDERED**.

Dated:  __4/9____, 2009

_Ronald M. Whyte_
United States District Court Judge

OHS West:260637986.1              - 1 -              STIPULATION AND [] ORDER THAT HEARING DATE
                                                      FOR NVIDIA'S MOTION TO STRIKE BE TAKEN OFF CALENDAR
                                                      CV 08-04634 RMW