1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**E-FILED on**   04/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | No. C-08-04634 RMW |
| 3DFX INTERACTIVE, INC., a California Corporation, | |
| Debtor. | |
| WILLIAM A. BRANDT, JR. TRUSTEE, | ORDER SETTING HEARING ON BANKRUPTCY APPEAL |
| Plaintiff and Appellant, | |
| v. | |
| NVIDIA CORPORATION a Delaware Corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation, | |
| Defendants and Respondents. | |

　　　William A. Brandt, the Chapter 11 Trustee on behalf of creditors of 3DFX Interactive, Inc., appealed from the Bankruptcy court's grant of summary judgment in favor of nVidia Corporation. The parties finished briefing the appeal on April 1, 2009.  The court finds the issues appropriate for oral argument.  The parties shall appear on Wednesday, June 10, 2009 at 2:00 p.m. for a hearing.

DATED:　　　　04/26/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

ORDER SETTING HEARING ON BANKRUPTCY APPEAL—No. C-08-04634 RMW
JAS

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff/Appellant:**

3  Monique Debrikka Jewett-Brewster      mjewett-brewster@buchalter.com
   Kim Y. Arnone                         karnone@buchalter.com
4  Richard C. Darwin                     rdarwin@buchalter.com

5  **Counsel for Defendants/Appellee:**

6  Robert P. Varian                      rvarian@orrick.com
   Frederick D. Holden , Jr.             fholden@orrick.com
7  James Neil Kramer                     jkramer@orrick.com
   Justin Myer Lichterman                jlichterman@orrick.com
8  Karen Johnson-McKewaN                 kjohnson-mckewan@orrick.com
   Leah Anne Nutting                     lnutting@orrick.com
9  Ruth Young Kwon                       rkwon@orrick.com

10 **Counsel for Creditor**

11 Robert Sullivan Gebhard               robert.gebhard@sdma.com

12 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.

13

14

15 **Dated:** _____04/26/09_____          _____JAS_____
16                                            **Chambers of Judge Whyte**

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING HEARING ON BANKRUPTCY APPEAL—No. C-08-04634 RMW
JAS                                             2