1  ROBERT P. VARIAN (State Bar No. 107459)
   rvarian@orrick.com
2  KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
3  kjohnson-mckewan@orrick.com
   JAMES N. KRAMER (State Bar No. 154709)
4  jkramer@orrick.com
   JUSTIN M. LICHTERMAN (SBN 225734)
5  jlichterman@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:    415-773-5700
8  Facsimile:    415-773-5759

9  Attorneys for Defendants and Respondents
   NVIDIA CORPORATION, NVIDIA US
10 INVESTMENT COMPANY

*E-FILED - 6/10/09*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3dfx INTERACTIVE INC.,<br><br>    Debtor, | Case No.  CV 08-04634-RMW<br><br>Bankruptcy No. 02-55795<br>Adversary Proceeding No. 03-5079 |
| WILLIAM A. BRANDT, JR., TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>    Defendants. | []ORDER PERMITTING NVIDIA RESPONDENTS TO BRING EQUIPMENT INTO COURT<br><br>Hearing Date: June 10, 2009<br>Time:    2:00 p.m.<br>Judge:    Hon. Ronald Whyte |

OHS West:260673629.1

1    On June 8, 2000, Defendants and Respondents NVIDIA Corporation and
2  NVIDIA US Investment Company (collectively "NVIDIA") submitted a request
3  permitting them to bring the following equipment to Court for oral argument in the
4  above-captioned matter, to be heard Wednesday, June 10, 2009, at 2:00 P.M. in the
5  Courtroom of the Honorable Judge Ronald Whyte:
6    1.    A projection unit;
7    2.    An ELMO unit;
8    3.    A projection screen;
9    4.    A/V Cables;
10   5.    3 laser pointers;
11   6.    Laptops.
12   GOOD CAUSE appearing therefore, the Court hereby GRANTS the request.

DATED:__ 6/10/09 _____

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE

OHS West:260673629.1                        - 1 -
[] ORDER PERMITTING NVIDIA RESPONDENTS TO BRING EQUIPMENT INTO COURT