E-FILED on     09/29/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3DFX INTERACTIVE, INC., a California Corporation,<br><br>　　　　Debtor.<br>WILLIAM A. BRANDT, JR. TRUSTEE,<br><br>　　　　Plaintiff and Appellant,<br><br>　　v.<br><br>NVIDIA CORPORATION a Delaware Corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>　　　　Defendants and Respondents. | No. C-08-04634 RMW<br><br><br><br><br>ORDER GRANTING IN PART MOTION TO STRIKE |

　　　William A. Brandt, the Chapter 11 Trustee on behalf of creditors of 3DFX Interactive, Inc., appealed from the Bankruptcy court's grant of summary judgment in favor of defendants nVidia Corporation, et al. ("nVidia").  The parties finished briefing the appeal on April 1, 2009 and the court heard argument on Wednesday, June 10, 2009.

　　　After the trustee filed his opening brief on appeal, nVidia moved to strike citations in the opening brief to material outside the record and to statements unsupported by citations to the record. The trustee opposed the motion to strike on the basis that the citations to material outside the record were inadvertent, and that the statements without citation were supported by the record.  The trustee submitted a notice of errata with its opposition, and argued that nVidia has not been prejudiced.

Because the parties agree that the trustee's brief cites material outside the record, the following citations are stricken from the trustee's opening brief:

    5:18, citing Ex. 274(a), p. 49

    10:1, citing Ex. 274(a), pp. 119:12-120:9

    10:1, citing Ex. 274(a), pp. 120:19-121:22

    27:20, citing Ex. 274(f), pp. 433:19-434:1

    27:20, citing Ex. 274(f), p. 434:11-13

    33:19, citing Ex. 274(a), pp. 61:24-62:7

However, the court denies nVidia's motion to strike the statements without citation (Trustee's Brief at 37:6-8 and 22:5-8). The court will consider them to the extent they are supported by the material cited in the trustee's opposition to the motion to strike.

DATED:     09/29/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff/Appellant:**

| | |
|---|---|
| Monique Debrikka Jewett-Brewster | mjewett-brewster@buchalter.com |
| Kim Y. Arnone | karnone@buchalter.com |
| Richard C. Darwin | rdarwin@buchalter.com |

**Counsel for Defendants/Appellee:**

| | |
|---|---|
| Robert P. Varian | rvarian@orrick.com |
| Frederick D. Holden , Jr. | fholden@orrick.com |
| James Neil Kramer | jkramer@orrick.com |
| Justin Myer Lichterman | jlichterman@orrick.com |
| Karen Johnson-McKewaN | kjohnson-mckewan@orrick.com |
| Leah Anne Nutting | lnutting@orrick.com |
| Ruth Young Kwon | rkwon@orrick.com |

**Counsel for Creditor**

| | |
|---|---|
| Robert Sullivan Gebhard | robert.gebhard@sdma.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   09/29/09

JAS
**Chambers of Judge Whyte**